UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-80038-Civ-HURLEY/HOPKINS

REYNOLD VALBRUN,

    Plaintiff,

vs.

LOOMIS ARMORED US, INC.
a Texas Corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL

    Plaintiff, Reynold Valbrun, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses the above styled cause of action without prejudice as follows:

    1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), "Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs…"

    2. Plaintiff filed the above styled cause of action with this Court on January 12, 2009 (DE-1).

    3. Defendant was served the summons and complaint on January 14, 2009.

    4. On February 4, 2009, Defendant filed a Motion for Extension of Time to File a Response. (DE-4).

    5. On February 5, 2009, this Court Granted Defendant's Motion for Extension of time to file through February 24, 2009. (DE-5).

    6. To date, Defendant has not filed an Answer or other responsive pleading or a Motion for Summary Judgment.

    7. Furthermore, Defendant has stated that it does not oppose Plaintiff's dismissal of the above styled cause of action without prejudice.

8. Whereby, Plaintiff, Reynold Valbrun, hereby dismisses this cause of action in its entirety and without prejudice.

Dated:  February 23, 2009                             Respectfully submitted,

//S//   Nicholas J. Purvis
Jason S. Haselkorn (Florida Bar No. 0052140)
Jhaselkorn@caseyciklin.com
Matthew N. Thibaut (Florida Bar No. 0514918)
Mthibaut@caseyciklin.com
Nicholas J. Purvis (Florida Bar No. 0054268)
Npurvis@caseyciklin.com
**CASEY CIKLIN LUBITZ**
**MARTENS & O'CONNELL**
515 North Flagler Drive, 19th Floor
West Palm Beach, FL  33401
Telephone: (561) 832-5900
Facsimile: (561) 8334209
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /S/ Nicholas J. Purvis
        Nicholas J. Purvis, Esq.

**SERVICE LIST**
Valbrun v. Loomis Armored US, Inc.
Case No. 09-80038-Civ-HURLEY/HOPKINS
United States District Court,
Southern District of Florida

***VIA CM/ECF***
Jonathan Beckerman, Esq.
jbeckerman@littler.com
LITTLER MENDELSON P.C.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1500
Miami , FL 33131-1804
Telephone: 305-400-7500
Facsimile: 305-603-2552