UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80038-CIV-HURLEY

**REYNOLD VALBRUN,**
    **plaintiff,**

vs.

**LOOMIS ARMORED US, INC.,**
    **defendant.**
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE & CLOSE-OUT

**THIS CAUSE** is before the court upon the plaintiff's notice of voluntary dismissal without prejudice pursuant to Fed R. Civ. P. 41(a)(1) filed February 23, 2009 [DE# 6]

It is accordingly **ORDERED AND ADJUDGED:**

1. This action is **DISMISSED WITHOUT PREJUDICE.**

2. There being nothing further for the court to resolve, the Clerk of Court is directed to **CLOSE** this file and terminate any other pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 26th day of February, 2009.

                                                                             Daniel T. K. Hurley
                                                                    United States District Judge

cc.
All counsel